THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
JOHN EICHLER, Appellant.

(Submitted April 9, 1894; decided April 17, 1894.)

MOTION to dismiss an appeal from judgment of the General
Term of the Supreme Court in the first judicial department,
entered upon an order which affirmed a judgment of the

General Sessions of the Peace of the county of New York entered upon a verdict convicting defendant of the crime of blackmail.

*John R. Fellows, District Attorney,* for motion.

*John Fennell* opposed.

. ˙Agree to dismiss appeal; no opinion.
All concur.
Motion granted.